UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY J. ALLEGRINO II,

                Plaintiff,

    -against-                         19 **CIVIL** 8900 (PMH)

## JUDGMENT

RUSKIN MOSCOU FALTISCHEK, P.C.,
et al.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 8, 2021, Plaintiff's claims alleged against the Cohen Defendants are dismissed. Defendants' motions to dismiss pursuant to Rule 12(b)(6) are GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a pro se complaint... leave to amend is not necessary when it would be futile." Reed v. Friedman Mgt. Corp., 541 F. App'x 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)). Here, as any amendment would be futile, and in light of the fact that Plaintiff has already amended his pleading twice, the claims alleged in Plaintiff's Second Amended Complaint are dismissed against Defendants with prejudice as any amendment would be futile; accordingly, this case is closed.

**Dated:** New York, New York

      February 8, 2021

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

                          **BY:**      *K. Mango*

                                                **Deputy Clerk**